IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JOHN TREVOR TURNER,** | : |
| **Plaintiff,** | : |
| v. | : No. 4:25-cv-00141-CDL-AGH |
| **MUSCOGEE COUNTY PRISON,** *et al.*, | : |
| **Defendants.** | : |

# ORDER

*Pro se* Plaintiff John Trevor Turner filed a 42 U.S.C. § 1983 complaint in the Northern District of Georgia while a prisoner in the Jenkins Correction Center in Millen, Georgia. ECF No. 1. Plaintiff requested leave to proceed *in forma pauperis*. ECF No. 2. The action was transferred to this Court. ECF Nos. 3 and 4. On June 5, 2025, The Court ordered Plaintiff to submit a certified copy of his inmate trust account for the preceding six months in support of his motion to proceed *in forma pauperis*. ECF No. 6. The Court gave Plaintiff fourteen days to respond and informed him that failure to comply with the Court's order could result in dismissal of this action. *Id*. Plaintiff failed to respond. When the Court mailed its orders to Plaintiff at the Jenkins Correction Center address provided by the Plaintiff, they were returned to the Court with a notation indicating that he has been "discharged [from] Jenkins Correctional Center". ECF Nos. 7 and 8. Plaintiff did not notify the Court of his current address.

Due to Plaintiff's failure to follow the Court's order, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 27th day of June, 2025.

                                         S/Clay D. Land
                                         CLAY D. LAND
                                         UNITED STATES DISTRICT COURT JUDGE
                                         MIDDLE DISTRICT OF GEORGIA